No. 98–7806. TOBIN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–7808. WORD v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–7810. LLOYD v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–7816. KIMBERLIN v. UNITED STATES PAROLE COMMISSION. C. A. 4th Cir. Certiorari denied.

No. 98–7821. MARZANO v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–7824. NICHOLSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 98–7826. WATSON v. SMITH, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–682. BOUCHARD TRANSPORTATION CO., INC., ET AL. v. UNITED STATES ET AL. C. A. 11th Cir. Motions of Maritime Law Association of the United States and American Waterways Operators for leave to file briefs as amici curiae granted. Certiorari denied.

No. 98–873. JOHN CRANE INC. v. ABATE ET AL. Ct. Sp. App. Md. Motion of National Association of Manufacturers et al. for leave to file a brief as amici curiae granted. Certiorari denied.

No. 98–918 (A–511). PUERTO RICO MARINE MANAGEMENT, INC., ET AL. v. HOOPER. Ct. App. La., 4th Cir. Application for stay, addressed to JUSTICE O'CONNOR and referred to the Court, denied. Certiorari denied.

No. 98–947. AT&T WIRELESS SERVICES ET AL. v. TENORE ET AL. Sup. Ct. Wash. Motion of Cellular Telecommunications Industry Association for leave to file a brief as amicus curiae granted. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this motion and this petition.